# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TAYLOR JAMES WILLIAMS

NO. 2019 KW 0889

OCT 2 8 2019

---

In Re:   Taylor James Williams, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 15-707882.

---

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

WRIT DENIED.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT